IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21 PM 3: 4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION

        Plaintiff,

        v.

JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.

        Defendant.

Civil Action No. 05-CV-2333  - Ma V

---

## STIPULATION TO EXTEND TIME TO ANSWER

---

IT IS HEREBY STIPULATED AND AGREED between counsel for all parties that the time for

Defendant to answer or otherwise move with respect to Plaintiffs' complaint in the above-captioned

matter shall be extended to July 6, 2005.


Dated:  June 3, 2005


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-21-05



Alan M. Fisch
Kelly A. Clement
Jason F. Hoffman
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800 telephone
(202) 383-6610 facsimile

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, Texas 77057
(713) 787-1400 telephone
(713) 787-1440 facsimile

Jonathan C. Hancock
GLANKLER BROWN, PLLC
1700 One Commerce Square
Memphis, TN 38103
(901) 525-1322 telephone
(901) 525-2389 facsimile

Attorneys for Plaintiffs
THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION

James R. Muldoon[1]
WALL, MARJAMA & BILINSKI, LLP
101 South Salina Street, Suite 400
Syracuse, New York 13202
Telephone: (315) 425-9000
Facsimile:  (315) 425-9114

Attorneys for Defendant
JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.

So ORDERED this 21st day of June, 2005

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for defendant is not admitted to practice in Tennessee, but is in the process of obtaining local counsel and seeking admission pro hac vice in this case.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT