UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -8 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION,

    Plaintiffs,

v.                                                            Civil Action No. 05-CV-2333 – Ma V

JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Before the Court is the unopposed Motion of defendant for an extension of time within which to file its pleading in response to the plaintiffs' Complaint. For good cause shown, the Court grants the defendant's Motion and the defendant shall have up to and including July 20, 2005, within which to file its responsive pleading.

SO ORDERED.

_Diane K. Vescovo_
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

_July 8, 2005_
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-11-05_



## CERTIFICATE OF SERVICE

I, Charles F. Newman, hereby certify that on this 6th day of July, 2005, a copy of the foregoing document has been served, via U.S. Mail, postage prepaid, to the following counsel of record:

Alan M. Fisch
Kelly A. Clement
Jason F. Hoffman
Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Eric S. Schlichter
Howrey LLP
750 Bering Drive
Houston, TX 77057

Jonathan C. Hancock
Glankler Brown, PLLC
1700 One Commerce Sq.
Memphis, TN 38103

_____
Charles F. Newman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT