IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS & BETTS INTERNATIONAL,
INC., ET AL.,

    Plaintiffs,

VS.                        NO. 05-2333-MaV

JOHN MEZZALINGUA ASSOCIATES,
INC. d/b/a PPC, INC.,

    Defendant.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court is the July 22, 2005, motion for admission *pro hac vice* of James R. Muldoon. Mr. Muldoon is a member in good standing of the bar of the state of New York and is admitted to practice before the United States District Courts for the Northern, Western, Southern, and Eastern Districts of New York. Mr. Muldoon has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and James R. Muldoon is admitted to participate in this action as counsel for defendant.

    It is so ORDERED this 26th day of July, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-29-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT