FILED BY ___ D.C.

05 AUG 24 AM 7:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION

    Plaintiff,

v.

JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.

    Defendant.

Civil Action No. 05-2333 - Ma V

JURY TRIAL DEMANDED

---

## ORDER GRANTING
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

---

This matter comes before the Court, pursuant to Local Rule 83.1(b), on the motion of Jonathan C. Hancock, counsel for plaintiffs Thomas & Betts International, Inc. and Thomas & Betts Corporation, who is generally admitted to practice before this Court, to allow Alan M. Fisch, Kelly A. Clement and Jason F. Hoffman, members in good standing of the bar of the District of Columbia, to appear *pro hac vice* as co-counsel for the plaintiffs.

The Court being sufficiently advised that Mr. Fisch, Mr. Clement and Mr. Hoffman are members in good standing of the bar of the District of Columbia and that they are familiar with the local rules of this Court, as well as the Guidelines of Professional Courtesy and Conduct, it is hereby ORDERED that Alan M. Fisch, Kelly A. Clement and Jason F. Hoffman of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington, DC, 20004-2402, are granted leave to appear *pro hac vice* for the plaintiffs Thomas & Betts International, Inc. and Thomas & Betts Corporation,

SO ORDERED this 24 day of August 2005.

DM_US\8242612.v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05

/9

                                                                              _[signature]_
                                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

GLANKLER BROWN, PLLC


By: _____
       Jonathan C. Hancock (#18018)

1700 One Commerce Square
Memphis, TN  38102
(901) 525-1322 – Telephone
(901) 525-2389 – Facsimile

Attorneys for Plaintiffs
Thomas & Betts International, Inc. and
Thomas & Betts Corporation

DM_US\8242612.v1



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Honorable Samuel Mays
US DISTRICT COURT