IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS & BETTS INTERNATIONAL, INC.,
AND THOMAS & BETTS CORP.,

    Plaintiffs,

VS.                                                  NO. 05-2333-MaV

JOHN MEZZALINGUA ASSOCIATES, INC.,
d/b/a PPC, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the October 11, 1005, motion for admission *pro hac vice* of Eric S. Schlichter. Mr. Schlichter is a member in good standing of the bar of the state of Texas and is admitted to practice before the Supreme Court of Texas. Mr. Schlichter has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Eric S. Schlichter is admitted to participate in this action as counsel for plaintiffs.

It is so ORDERED this 21st day of October, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT