IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 NOV 15 PM 3:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION

    Plaintiffs,

v.

JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.

    Defendant.

Civil Action No. 05-CV-2333 - Ma V

---

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO REPLY

---

Before the Court is the Motion of Defendant, John Mezzalingua Associates, Inc., doing business as PPC ("PPC"), for leave to file a Reply Memorandum in further support of its Motion for Leave to File an Amended Answer and Counterclaims filed on or about October 20, 2005.

It appearing to the Court, for good cause shown, that PPC's Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion of PPC for Leave to File a Reply is GRANTED. PPC shall have until November 18, 2005 to file its Reply Memorandum.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-16-05

30

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Honorable Samuel Mays
US DISTRICT COURT