IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /ARK/ D.C.

05 DEC 12 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS INTERNATIONAL, INC.
and THOMAS & BETTS CORPORATION

    Plaintiff/Counter-Defendant,

v.

Civil Action No. 05-CV-2333 - Ma/V

JOHN MEZZALINGUA ASSOCIATES, INC.
d/b/a PPC, INC.

    Defendant/Counter-Plaintiff.

### ORDER ALLOWING DEFENDANT/COUNTER-PLAINTIFF JOHN MEZZALINGUA ASSOCIATES, INC. d/b/a PPC, INC. TO EXCEED PAGE LIMITATION

The Defendant/Counter-Plaintiff John Mezzalingua Associates, Inc. d/b/a PPC, Inc. ("PPC") has moved to exceed, by 5 pages, the page limitation in its Memorandum in Support of its Motion to Stay Litigation Pending Completion of the Re-Examination of the '807 Patent. It appears to the court that there is no objection to this motion and that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Memorandum in Support of Defendant/Counter-Plaintiff PPC's Motion to Stay Litigation Pending Completion of the Re-Examination of the '807 Patent may exceed the 20 page limitation by 5 pages.

This 9th day of December, 2005.

                                           Diane K. Vescovo
                                  UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                              MAGISTRATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Honorable Samuel Mays
US DISTRICT COURT