IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 13 PM 5:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS INTERNATIONAL, INC.,
ET AL.,

    Plaintiffs/Counter-Defendants,

VS.                         NO. 05-2333-MaV

JOHN MEZZALINGUA ASSOCIATES, INC.,
d/b/a PPC, INC.,

    Defendant/Counter-Plaintiff.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

Before the court is the December 9, 2005, motion by defendant/counter-plaintiff for permission to file a motion to stay in excess of the Rule 7.2(e) page limitation. For good cause shown, the motion is granted and the defendant/counter-plaintiff may file the motion in excess of twenty pages.

So ORDERED this 12th day of December, 2005.

                             /s/ Samuel H. Mays, Jr.
                             SAMUEL H. MAYS, JR.
                             UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James R. Muldoon  
WALL MARJAMA & BILINSKI, LLP  
101 S. Salina St.  
Ste. 400  
Syracuse, NY 13202  

Honorable Samuel Mays  
US DISTRICT COURT