IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ DC

05 DEC 30 AM 7: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS & BETTS INTERNATIONAL, INC.,
and THOMAS & BETTS CORPORATION,

    Plaintiffs,

VS.                                    NO. 05-2333-MaV

JOHN MEZZALINGUA ASSOCIATES, INC.,
d/b/a PPC, INC.,

    Defendant.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the plaintiffs' December 27, 2005, motion requesting an extension of time within which to file a response to the defendant's motion to stay litigation. For good cause shown, the motion is granted. The plaintiffs shall have additional time to and including February 3, 2006, within which to file a response.

It is so ORDERED this 29th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-30-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02333 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Eric S. Schlichter
HOWREY LLP
750 Bering Drive
Houston, TX 77057

Charles F. Newman
BURCH, PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

James R. Muldoon
WALL MARJAMA & BILINSKI, LLP
101 S. Salina St.
Ste. 400
Syracuse, NY 13202

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT